## People of the State of Illinois, Appellee, v. Charles Purka, Appellant.

### Gen. No. 41,117.

opinion filed November 20, 1940; rehearing denied December 11, 1940. Joseph B. Lofton and William J. Gleason, for appellant; Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."